UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN FIFE, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>MPHASE TECHNOLOGIES, INC, a New Jersey corporation,<br><br>     Defendant. | Case No.: 1:12–CV–09647<br><br>Judge: Honorable Amy J. St. Eve<br><br>Magistrate: Daniel G. Martin |

**STIPULATION REGARDING ATTORNEYS' FEES AND COSTS**

Plaintiff John Fife ("*Fife*") and Defendant mPhase Technologies, Inc. ("*mPhase*", together with Fife, the "*Parties*"), by and through their attorneys of record, hereby stipulate to the amount of attorneys' fees and costs the Court should award Fife.

    1.    On December 15, 2014, the Court issued a Memorandum Opinion and Order granting Fife's Motion for Summary Judgment and ruling that Fife is entitled to recover attorneys' fees and costs associated with litigating this case.

    2.    The same day, the Court ordered Fife to file a petition for attorneys' fees by January 9, 2015.

    3.    The Parties have complied with the conferral requirements set forth in L.R. 54.3. As a result, the Parties hereby stipulate and agree that Fife should be awarded attorneys' fees and costs in the amount of $288,031.57.

Respectfully submitted,

BENNETT TUELLER JOHNSON & DEERE

/s/ Brigman L. Harman
Jeremy C. Reutzel
Brigman L. Harman
Millrock Park West Building
3165 E. Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Tel: (801) 438-2000
Fax: (801) 438-2050
*Attorneys for Plaintiff*

VOELKER LITIGATION GROUP

/s/ Daniel J. Voelker (with permission)
Daniel J. Voelker
311 W. Superior Street, Suite 500
Chicago, Illinois 60654
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that he served the foregoing on the following attorneys of record via the Court's CM/ECF system on this 9th day of January, 2015:

Richard Roth
The Roth Law Firm PLLC
295 Madison Avenue, Floor 22
New York, NY 10017
Rich@rrothlaw.com

Daniel J. Voelker, Esq.
Voelker Litigation Group
311 W. Superior Street, Suite 500
Chicago, Illinois 60654
dvoelker@voelkerlitigationgroup.com

By: _____/s/ Brigman L. Harman_____